| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>**Stephen P. Collette**<br>**Stephen P. Collette & Associates**<br>**811 Wilshire Blvd., Suite 1200**<br>**Los Angeles, CA 90017**<br>**(213) 542-8272 Fax: (562) 684-4531**<br>California State Bar Number: **186439**<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER **2:09-bk-39059-VK** |
| In re<br><br>**Ferdinand Banayos**<br>**Imelda Banayos**<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY**<br>**RULE 3015-1(m)** |

I, **Ferdinand Banayos & Imelda Banayos** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/21/09.

2. I am the owner of real property[1] at the following street address:

   **828 S. California St., San Gabriel, CA 91776**

   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **Bank of America**.

   b. Second deed of trust in favor of **GMAC Mortgage**.

   c. Third deed of trust in favor of _____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      F 3015-1.4
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 6*

| In re **Ferdinand Banayos** **Imelda Banayos** Debtor(s). | CHAPTER 13 CASE NUMBER 2:09-bk-39059-VK |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Bank of America** | $2,880.00 | 10/2009 | 11/02/09 |
| | $2,880.00 | 11/2009 | 11/30/09 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 6*

| In re<br>**Ferdinand Banayos**<br>**Imelda Banayos**<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:09-bk-39059-VK |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **December 7, 2009**       Signature   /s/ Ferdinand Banayos
                                            **Ferdinand Banayos**
                                            Debtor

Date **December 7, 2009**       Signature   /s/ Imelda Banayos
                                            **Imelda Banayos**
                                            Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 4 of 6*

| In re<br>**Ferdinand Banayos**<br>**Imelda Banayos**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:09-bk-39059-VK** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**811 Wilshire Blvd., Suite 1200, Los Angeles, CA 90017**

The foregoing document described:

### DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Nancy K. Curry - Chapter 13 Trustee - ecfnc@trustee13.com**

**U.S. Trustee's Office - ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 5 of 6*

| In re<br>**Ferdinand Banayos**<br>**Imelda Banayos**<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER **2:09-bk-39059-VK** |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2009 | **Samuel Boyamian** | **/s/ Samuel Boyamian** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 6 of 6*

| In re<br>**Ferdinand Banayos**<br>**Imelda Banayos**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **2:09-bk-39059-VK** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

**Bank of America**                    **Cashier's Check**                    No. **424068739**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   NOVEMBER 02, 2009                       11-35/1210
                                                NCA

Banking Center   SAN GABRIEL

           0000422  00002   004068739         FERDINAND R. AND IMELDA BANAYOS

                           Remitter (Purchased By)                    $ **2880.00**

Pay To The Order Of   **INDY MAC MORTGAGE SERVICES**
                      **LOAN # 3032234736**

                                              **Non-Negotiable**
                                              Authorized Signature

Bank of America, N.A.   **VOID AFTER 90 DAYS**        **Customer Copy**          1397085076
San Francisco, CA                                    **Retain For Your Records**



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: IndyMac Mortgage Services
Street, Apt No., or PO Box No.: P.O. Box 78826
City, State, ZIP+4: Phoenix, AZ 85062-8826

PS Form 3800, August 2006        See Reverse for Instructions

**Bank of America**  
Cashier's Check  No. 424069040

Date: NOVEMBER 30, 2009

Issuing Center: SAN GABRIEL

0000422  00008  004069040

Remitter (Purchased By): FERDINAND AND IMELDA BANAYOS

**TWO THOUSAND EIGHT HUNDRED EIGHTY DOLLARS AND 00 CENTS**  **$2880.00**

To the Order of: **INDYMAC MORTGAGE SERVICES**

VOID AFTER 90 DAYS

⑈424069040⑈ ⑆121000358⑈ 13970⑈85076⑈



```
                SAN GABRIEL POST OFFICE
                SAN GABRIEL, California
                     917789998
                   0569390843 -0098
11/30/2009       (800)275-8777       03:46:33 PM
                  ----------
                   Sales Receipt
Product          Sale   Unit         Final
Description      Qty    Price        Price

PHOENIX AZ 85062 Zone-4              $0.44
First-Class Letter
0.40 oz.
Return Rcpt (Green Card)             $2.30
Certified                            $2.80
Label #:         70081830000237476372
                                    ========
Issue PVI:                           $5.54

Total:                               $5.54

Paid by:
Cash                                $20.00
Change Due:                        -$14.46

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202670518
Clerk: 07

        All sales final on stamps and postage
        Refunds for guaranteed services only
               Thank you for your business
***************************************
```