MASAKO OKUDA, ESQ. (SBN 247925)
NANCY CURRY, CH 13 TRUSTEE
606 SOUTH OLIVE ST, STE 950
LOS ANGELES, CA 90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re                                   )   Chapter 13
                                        )
                                        )   CASE NO. LA 0939059 VK
BANAYOS, FERDINAND                      )
BANAYOS, IMELDA                         )   ✓ OBJECTION TO CONFIRMATION        __ NOTICE OF CONTINUED
                                        )   7% PLAN                            §341(a) EXAMINATION
                                        )
                                        )   Date/Time: January 25, 2010 09:00 AM   Date/Time:
                                        )   Courtroom 1675                         725 S. Figueroa Street
                           Debtor       )   255 E. Temple Street                   Room 103
                                        )   Los Angeles, CA 90012                  Los Angeles, CA 90017

✓ The §341 (a) examination began on 12/8/2009. Attached is a summary of the presently proposed plan. The Trustee objects to confirmation of the plan because the examination revealed (from the debtor's testimony and documents):

__ **debtor is ineligible** §109(e) scheduled secured_____ unsecured_____ debt exceeds limit

__ **missing/improper** identification of __debtor __creditor __real property

✓ **undisclosed** income/assets/*debts*/prior case

✓ **341(a) notice/service** ✓short ___not provided BR 7004 and LBR 3015-1(b)(3)

✓ **it is infeasible** §1325(a)(6) debt/claims __ no provision ✓exceed pay in
   __deficit budget __mo pln pymnt w/n pay total pln debt

✓ **it does not represent the debtor's best effort** §1325(b)(1)(B) ✓CMI/59 __907__ GT plan __290__
   ✓surplus > plan payment __unreasonable expenses __income GT median, pln m/b 60 mo __negative rental
   ✓ 2870 v. pp 772
__ **liquidation** - plan provides less for general unsecured creditors than in Chapter 7 §1325(a)(4);
   ✓plan analysis states __7__ %; non-exempt equity in __real property __personal property _____

__ **Income documentation** inadequate/not provided LBR 3015-1(c)(3),(4)
   __payment advices __income/expense reports __tax return __rental income __contribution declaration

**Payments** __mortgage payment declaration not filed/defective/not available at §341(a)  __plan payments not current


* Mercedes Benz Financial for 1997 E320 ($31K) and American Honda for
  2006 Accord ($13K)


On December 8, 2009, a copy of this was mailed to

BANAYOS, FERDINAND                          STEPHEN P. COLLETTE
BANAYOS, IMELDA                             STEPHEN P. COLLETTE & ASSOCIATES
828 S. CALIFORNIA ST.                       811 WILSHIRE BLVD., #1200
SAN GABRIEL, CA 91776                       LOS ANGELES, CA 90017-

I declare that the above is true and complete to the best of my knowledge.

Executed at Los Angeles, California on December 8, 2009.

Masako Okuda

Case Status Report
Los Angeles Division  Nancy Curry, Chapter 13 Standing Trustee
Status of Case as of    12/08/2009  03:47 PM
Chapter 13

**0939059-VK**

BANAYOS, FERDINAND
BANAYOS, IMELDA

828 S. CALIFORNIA ST.
SAN GABRIEL CA 91776

Debtor Type:  Joint

Not Confirmed

Atty: STEPHEN P. COLLETTE
(213)542-8272

Emplyr: LOS ANGELES COUNTY SHERRI
----- Last 6 Payments -----

60 Rmng of 60 Mos. @  $772.29 /mo.
Percent Pay Uns    7
SSN: xxx-xx-0482   xxx-xx-3686
Debtor Plan Payment: $772.29 / M

| | | | | |
|---|---|---|---|---|
| Filed | 10/21/2009 | 11/30/2009 | $772.29 | $0.00 |
| First Mtg | 12/08/2009 @ 10:00 | 11/12/2009 | $772.29 | $0.00 |
| Confirm Mtg | 01/25/2010 @ 9:00 | | $0.00 | $0.00 |
| Plan Filed | | | | |
| Start Pmts | 11/20/2009 | | | |
| Bar Date | 03/08/2010 | | | |

Total Paid In     $1,544.58

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ONEWEST BANK, FSB | 15000274 | | 301-0 | | Sec A | 5.25 | $676.97 | 24 | $22,549.60 | | $25,417.83 | $197.31 | $22,549.60 |
| STEPHEN P. COLLETTE | 91092021 | | 666-0 | | Lgl | | | 13 | $4,500.00 | | $4,500.00 | | $0.00 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | | Tru | | | 00 | $2,527.44 | | | | $2,527.44 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $22,549.60 | $0.00 | $0.00 | $0.00 | $4,500.00 | $0.00 | $29,577.04 $0.00 | Amount Available | $1,544.58 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Held | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | $23,729.77 |
| Balance Due | $22,549.60 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,527.44 | | |

Budget
ER/H: LOS ANGELES COUNTY SHERRIFFS DEPT
Inc:  $9,120.17    Occup: HEAD COOK
Exp:  $6,249.69    ER/H: LOS ANGELES COUNTY SHERRIFFS DEPT
Surp: $2,870.48    Occup: RN